```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17692
    CINDY A RITCHIE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1853

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/09/2008 and was confirmed 09/15/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 12/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
ALLIANT CREDIT UNION     SECURED VEHIC        .00            .00             .00
ALLIANT CREDIT UNION     UNSECURED      NOT FILED            .00             .00
DEUTSCHE BANK NATIONAL   CURRENT MORTG        .00            .00             .00
DEUTSCHE BANK NATIONAL   MORTGAGE ARRE   11367.49            .00             .00
CITIFINANCIAL            SECURED              .00            .00             .00
LVNV FUNDING             UNSECURED        3685.10            .00           78.90
USAA FEDERAL SAVINGS BAN CURRENT MORTG        .00            .00             .00
USAA FEDERAL SAVINGS BAN MORTGAGE ARRE   2000.00            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          99.35            .00             .00
CAPITAL ONE              UNSECURED        1023.19            .00             .00
CAPITAL ONE              UNSECURED         306.09            .00             .00
CHASE BANK USA NA        UNSECURED        2455.47            .00             .00
LVNV FUNDING             UNSECURED        5387.97            .00             .00
LVNV FUNDING             UNSECURED        7607.09            .00             .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00             .00
DISCOVER FINANCIAL SERVI UNSECURED        4393.44            .00             .00
NICOR GAS                UNSECURED         170.42            .00             .00
RETAIL SERVICES          UNSECURED      NOT FILED            .00             .00
LVNV FUNDING LLC         UNSECURED         521.73            .00             .00
ST JAMES HOSPITAL        UNSECURED      NOT FILED            .00             .00
USAA FEDERAL SAVINGS BAN UNSECURED        5844.99            .00             .00
VILLAGE OF HOMEWOOD      UNSECURED      NOT FILED            .00             .00
WELLS FARGO FINANCIAL IL UNSECURED        2860.36            .00             .00
WELLS FARGO FINANCIAL BA UNSECURED        1372.53            .00             .00
BARBARA DALESSIO         NOTICE ONLY    NOT FILED            .00             .00
CHARTER ONE BANK         UNSECURED      NOT FILED            .00             .00
DEUTSCHE BANK NATIONAL T MORTGAGE NOTI  NOT FILED            .00             .00
HOUSEHOLD BANK           UNSECURED        1033.82            .00             .00
FELD & KORRUB LLC        DEBTOR ATTY     3,000.00                        1,422.35
TOM VAUGHN               TRUSTEE                                           117.21
DEBTOR REFUND            REFUND                                            172.82


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17692 CINDY A RITCHIE
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,791.28

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                          78.90
ADMINISTRATIVE                                  1,422.35
TRUSTEE COMPENSATION                              117.21
DEBTOR REFUND                                     172.82
                     ---------------     ---------------
TOTALS                   1,791.28            1,791.28
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/18/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE